UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02023-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| RLET PROPERTIES OMX, LLC, a Colorado limited liability company; and | : |
| | : |
| OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; | : |
| | : |
| Defendants. | : |
| _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Fred Nekouee, by and through his undersigned counsel, hereby advises the Court that the Defendants have reached a settlement in principle with Plaintiff Fred Nekouee. Said parties expect to finalize the settlement in the next 21 days.

                                                        Respectfully submitted,

                                                        s/Robert J. Vincze
                                                        Robert J. Vincze (CO #28399)
                                                        Law Offices of Robert J. Vincze
                                                        PO Box 792
                                                       Andover, Kansas 67002
                                                        Phone: 303-204-8207
                                                        Email: vinczelaw@att.net
                                                        *Attorney for Plaintiff Fred Nekouee*

## CERTIFICATE OF SERVICE

I certify that on September 9, 2019, I electronically filed the foregoing Notice with the Clerk of the Court using the CM/ECF system.

                                                                       s/Robert J. Vincze (CO #28399)