UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:19-cv-02023-STV

| | |
|---|---|
| FRED NEKOUEE, individually, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : |
| | : |
| RLET PROPERTIES OMX, LLC, a Colorado limited liability company; and | : |
| | : |
| OFFICEMAX NORTH AMERICA, INC., an Ohio corporation; | : |
| | : |
| | : |
| Defendants. | : |
| _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses his claims against the Defendants with prejudice as the parties have entered into settlement agreements regarding all matters in this action.

DATE:  September 23, 2019

Respectfully submitted,

*s/Robert J. Vincze*  _
Robert J. Vincze (CO # 28399)
Law Offices of Robert J. Vincze
PO Box 792, Andover, Kansas 67002
Phone: 303-204-8207
Email: vinczelaw@att.net

*Attorney for Plaintiff Fred Nekouee*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of September 2019, I filed a true and correct copy of the foregoing Notice via the Court's CM/ECF system.

      *s/Robert J. Vincze*
Robert J. Vincze (CO #28399)

2